**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
L.J.B., individually and on behalf of I.J.B., a
child with a disability,

                        Plaintiff,

      -against-                                            21 **CIVIL** 7028 (CS)

                                                          **<u>JUDGMENT</u>**

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2023, because the SRO appropriately found that the District offered I.J.B. a FAPE, Plaintiffs' motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        March 30, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                                **Clerk of Court**

                       **BY:**       *K. Mango*

                                                                _____
                                                                **Deputy Clerk**